JAMES J. O'BRIEN, Appellant, v. WALTER B. LASHAR and Others, Respond-

---

* See New Rochelle Charter (Laws of 1910, chap. 559), § 141.— [REP.

ents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.